**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) | |
| GERRI WOOLARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 25-00394-CV-W-BP |
| CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.*, | ) | |
| Defendants. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 21st day of July a Notice of Voluntary Dismissal of Plaintiff Gerri Woolard was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on July 22, 2026, (Doc. 414), Gerri Woolard's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Karri Sandusky**
Deputy Clerk

Date: July 22, 2026